IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

GEORGE MICHAEL NAVARRO-GOMEZ,   *

        Petitioner,   *

v.   Case No.   7:20-CV-184(WLS-MSH)

        *

Warden, IRWIN COUNTY DETENTION
CENTER, et al.,   *

        Respondents.   *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated October 15, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 15th day of October, 2021.

                David W. Bunt, Clerk

                s/ Robin L. Walsh, Deputy Clerk